Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Robert Strong

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRONG;<br><br>        Plaintiffs,<br><br>v.<br><br><br>CITY OF VALLEJO, OFFICER TONN and DOE VALLEJO POLICE OFFICERS 1-25;<br><br>        Defendants. | Case No.: **2:18-cv-01246-WBS-AC**<br><br>PLAINTIFF'S [PROPOSED] ORDER |

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the plaintiff's request to proceed *in forma pauperis* in the above- named action is granted.

Dated:

_____
Honorable Judge of Eastern District Court