Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Robert Strong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRONG;<br><br>    Plaintiffs,<br><br>v.<br><br><br>CITY OF VALLEJO, OFFICER TONN and DOE VALLEJO POLICE OFFICERS 1-25;<br><br>    Defendants. | Case No.: **2:18-cv-01246-WBS-AC**<br><br>ORDER |

IT IS HEREBY ORDERED that the plaintiff's request to proceed *in forma pauperis* in the above- named action is granted.

Dated: June 4, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE