**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO,
JARRETT TONN, and ANDREW BIDOU

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT STRONG, | Case No: 2:18-cv-01246-WBS-AC |
| Plaintiff, | |
| vs. | **DESIGNATION OF COUNSEL** |
| CITY OF VALLEJO, JARRETT TONN, ANDREW BIDOU and DOE VALLEJO POLICE OFFICERS 1-25; | |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Defendants CITY OF VALLEJO and JARRETT TONN and ANDREW BIDOU hereby

3  designate the following attorney as counsel for service in this action:

4      Randy J. Risner, SBN 172552
    Interim City Attorney
5      City of Vallejo, City Attorney's Office
    555 Santa Clara Street, 3rd Floor
6      Vallejo, CA 94590
7      Tel: (707) 648-4545
    Fax: (707) 648-4687
8      E-mail: randy.risner@cityofvallejo.net

9      The following attorney is no longer counsel of record in this action:

10      CLAUDIA M. QUINTANA, SBN 178613

12  DATED: February 3, 2020            Respectfully submitted,

14                                 */s/ Timothy R. Smyth*
                              TIMOTHY R. SMYTH
15                                Deputy City Attorney
16                                Attorneys for Defendants, CITY OF
                              VALLEJO, JARRETT TONN, ANDREW
17                                BIDOU