**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687


John R. Whitefleet, SBN 213301
PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA
Tel: (916) 929-1481
Fax: (916) 927-3706
Email: jwhitfleet@porterscott.com

Attorneys for Defendants: CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT STRONG,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO, JARRETT TONN; ANDREW BIDOU, and DOE VALLEJO POLICE OFFICER,<br><br>             Defendants. | Case No.: 2:18-CV-01246-WBS-AC<br><br>**ASSOCIATION OF COUNSEL** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE THAT** Randy J. Risner, Interim City Attorney, City of Vallejo, City Hall, 555 Santa Clara Street, 3rd Floor, Vallejo, California 94590, telephone number (707) 648-4545, facsimile number (707) 648-4687, hereby associate with John R. Whitefleet of Porter Scott, 350 University Avenue, Suite 200, Sacramento, California 95825, telephone number (916) 929-1481, facsimile number (916) 927-3706, as co-counsel for

1  Defendants CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN.

3  Dated:  March 17, 2020                    Respectfully submitted,

                                             PORTER SCOTT
                                             A PROFESSIONAL CORPORATION


                                             By /s/ John R. Whitefleet
                                                John R. Whitefleet
                                                Attorney for Defendants CITY OF VALLEJO,
                                                ANDREW BIDOU, JARRETT TONN


   Dated:  March 17, 2020                    CITY OF VALLEJO


                                             By /s/ Randy J. Risner (authorized on 03/16/2020)
                                                Attorney for Defendant CITY OF VALLEJO,
                                                ANDREW BIDOU, JARRETT TONN