**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRONG, | Case No.: 2:18-CV-01246-WBS-AC |
| Plaintiff, | **DEFENDANTS' NOTICE AND MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF VALLEJO, JARRETT TONN; ANDREW BIDOU, and DOE VALLEJO POLICE OFFICER, | Date: June 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor |
| Defendants. | |

### TO PLAINTIFF AND HIS ATTORNEYS OF RECORDS:

NOTICE IS HEREBY GIVEN that on June 1, 2020 or soon thereafter as the matter can be heard in Courtroom 5, Defendants[1] CITY OF VALLEJO and JARRETT TONN will, and hereby does, move for an order granting its summary judgment pursuant to Federal Rule of Civil Procedure 56 on the following grounds:

---

[1] Counsel for Plaintiff represented Andrew Bidou would be dismissed and therefore the notice is not filed on his behalf.
{02185642.DOCX}
1

1. Plaintiff cannot establish his federal and state law claims arising from his detention during the traffic stop, and/or his subsequent arrest;

2. Plaintiff cannot establish his federal and state law claims arising from the use of force during the detention during the traffic stop;

3. The officer is entitled to qualified immunity regarding the underlying claimed constitutional violations;

4. Plaintiff cannot establish a policy/practice as a basis for Monell liability; and

5. Plaintiff cannot establish the state law claim for intentional infliction of emotional distress;

6. Plaintiff cannot establish the intent to violate a constitutional right to sustain a Bane Act claim.

This Motion will be based on this Notice of Motion, the Separate Statement of Undisputed Material Facts, the Memorandum of Points and Authorities, Declaration and Exhibits thereto, the pleadings and records on file in this matter, and on any evidence, including oral and documentary evidence, that may be presented at any later point including the hearing on the motion. Although not required, the parties met and conferred prior to the filing of this motion.

Dated: March 31, 2020

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
    John R. Whitefleet
    Attorneys for Defendants