RANDY J. RISNER
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRONG, | Case No.: 2:18-CV-01246-WBS-AC |
| Plaintiff, | **DECLARATION OF JOHN R. WHITEFLEET IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF VALLEJO, JARRETT TONN; ANDREW BIDOU, and DOE VALLEJO POLICE OFFICER, | Date: June 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor |
| Defendants, | |

I, John R. Whitefleet, declare the following:

1.  I am an attorney at law licensed to practice in the United States District Court for the Northern District of California as well as all state courts of California and am a shareholder with the law firm of Porter Scott, attorneys of record for Defendants CITY OF VALLEJO, ANDREW BIDOU, and

{02185689.DOCX}                                             1

DECLARATION OF JOHN R. WHITEFLEET

1  JARRETT TONN. The facts stated in this declaration are within my personal knowledge and if called to
2  testify, I could and would competently testify to them.
3     2.     Attached as Exhibit A to the Index of Exhibits is a true and correct copy of
4  the Deposition Transcript of Robert Strong.
5     3.     Attached as Exhibit B to the Index of Exhibits is a true and correct copy of the Deposition
6  Transcript of Jarrett Tonn.

   I declare under penalty of perjury under the laws of the United States and the State of California
   that the foregoing is true and correct.
   This declaration was executed on this 31st day of March, 2020, in Sacramento, California.

                              /s/ John R. Whitefleet
                              John R. Whitefleet