STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff Robert Strong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT STRONG;<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, JARRETT TONN, ANDREW BIDOU and DOE VALLEJO POLICE OFFICERS 1-25;<br><br>    Defendants | CASE NO.: 2:18-cv-01246-WBS-AC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**DATE: May 18, 2020**<br>**TIME: 1:30 p.m.**<br>**CTRM: 5** |
|---|---|

**TO: ALL PARTIES TO THE ABOVE-ENTITLED ACTION, AND TO ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT,** on May 18, 2020 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 5, 14th Floor before the Honorable Judge William Shubb, Plaintiff will and hereby does move this Court for an order, pursuant to Federal Rules of Civil Procedure section 56, for an order granting partial summary judgment in favor of Plaintiff.

1

**MOTION**

Plaintiff moves for partial summary judgment regarding the Defendant Placing the Plaintiff in a carotid hold on the basis that the undisputed facts indicate that Defendant Jarrett Tonn used excessive force on the Plaintiff's person and thus Plaintiff is entitled to judgment in his favor as a matter of law.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Statement of Undisputed Material Facts, Declaration of Stanley Goff, and Evidence which are filed and served herewith, upon all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court, and argument, as the Court may entertain at the time of the hearing on this motion.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant partial summary judgment by ordering the entry of judgment in favor of the Plaintiff as to such of the Plaintiff's claims as it sees fit.

Dated: March 31, 2020

   /S/ STANLEY GOFF

Attorney for Plaintiff Robert Strong