1  STANLEY GOFF (Bar No. 289564)
2  15 Boardman Place Suite 2
   San Francisco, CA 94103
3  Telephone: (415) 571-9570
   Email: scraiggoff@aol.com
4

5

6  Attorneys for Plaintiff

7
                    UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ROBERT STRONG;                      | CASE NO.: 2:18-cv-01246-WBS-AC

11      Plaintiffs,
                                         | **DECLARATION OF ROBERT STRONG**
12                                       | **IN SUPPORT OF PLAINTIFF'S MOTION**
                                         | **FOR PARTIAL SUMMARY JUDGMENT**
13   v.

14                                       | DATE: MAY 18, 2020
     CITY OF VALLEJO, JARRETT TONN,      | TIME: 1:30 P.M.
15   ANDREW BIDOU and DOE VALLEJO
     POLICE OFFICERS 1-25;               | HON. WILLIAM B. SHUBB
16
17          Defendants.

18

19
        I, Robert Strong, do hereby declare:
20
        1. I am counsel of record for Plaintiff in the instant action. As such, I have personal
21
     knowledge of the facts set forth herein, and if called upon to testify, I could and would
22
     competently do so.
23
        4. That **Exhibit 3** is a true and correct copy of my cell phone camera footage.
24
        5. That this Exhibit 3 cell phone camera footage accurately depicts all of the events that
25
     occurred on the date of the incident.
26

27

28

                                         1

1

2

3          I declare under penalty of perjury under the laws of the State of California that the

4    foregoing is true and correct.

5

6    Dated: March 31, 2020

                                                    /s/ Robert Strong_____
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28