STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff Robert Strong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT STRONG;<br><br>    Plaintiffs,<br><br>v.<br><br><br>CITY OF VALLEJO, JARRETT TONN, ANDREW BIDOU and DOE VALLEJO POLICE OFFICERS 1-25;<br><br>    Defendants | CASE NO.: 2:18-cv-01246-WBS-AC<br><br>STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br><br>DATE: May 18, 2020<br>TIME: 1:30 p.m.<br>CTRM: 5 |
|---|---|

1

| **Plaintiff's Undisputed Facts & Supporting Evidence** | **Defendants' Response to Plaintiff's Undisputed Facts & Supporting Evidence** |
|---|---|
| 1. Defendant Tonn placed the Plaintiff in a carotid hold.<br><br>1. Defendant Response to Plaintiff's request for Admissions. Pg.4 lines 5-12, exh "4" Body CamVideo Footage. 00:00-01:11, exh"2", Plaintiff's Cell Phone Cam Video Footage. 00:00-01:24, exh "3" to Stanley Goff Decl. | 1. |
| 2. Plaintiff did not pose a threat of immediate danger or great bodily harm to Jarrett Tonn at the time that he was placed in a carotid hold.<br><br>2. Defendants Depo Transcripts pg. 13 lines 18-23; 26, lines 19-25; 27 lines 1; 29 lines 2-7, exh "1" Body CamVideo Footage. 00:00-01:11, exh"2", Plaintiff's Cell Phone Cam Video Footage. 00:00-01:24, exh "3" to Stanley Goff Decl. | 2. |

2

| | |
|---|---|
| 3. Plaintiff did not offer resistance or attempt to flee during the incident.<br><br>3. Defendants Depo Transcripts pg. 13 lines 18-23; 26, lines 19-25; 27 lines 1; 29 lines 2-7; 20 lines 8-14, exh "1' Body CamVideo Footage. 00:00-01:11, exh"2", Plaintiff's Cell Phone Cam Video Footage. 00:00-01:24, exh "3" to Stanley Goff Decl. | 3. |
| 4 Plaintiffs crime at the time that force was used was not severe because it was only for having expired registration.<br><br>4. Defendants Depo Transcripts pg. 14 lines 17-20, exh "1" Body CamVideo Footage. 00:00-01:11, exh"2", Plaintiff's Cell Phone Cam Video Footage. 00:00-01:24, exh "3" to Stanley Goff Decl. | 4. |

| | |
|---|---|
| 5. Defendant Jarrett Tonn never issued a warning before placing the Plaintiff in a carotid hold.<br><br>5. Body CamVideo Footage. 00:00-01:11, exh"2", Plaintiff's Cell Phone Cam Video Footage. 00:00-01:24, exh "3" to Stanley Goff Decl. | 5. |

DATED: March 31, 2020         LAW OFFICE OF STANLEY GOFF
                              /s/ Stanley Goff
                              _____

                              Stanley Goff
                              Attorney for Plaintiff Robert Strong

4