RANDY J. RISNER
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRONG, | Case No.: 2:18-CV-01246-WBS-AC |
| Plaintiff, | **DEFENDANTS' NOTICE OF LODGING IN SUPPORT OF DEFENDANTS CITY OF VALLEJO, ANDREW BIDOU, AND JARRETT TONNS' MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF VALLEJO, JARRETT TONN; ANDREW BIDOU, and DOE VALLEJO POLICE OFFICER, | Date: June 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor |
| Defendants. | |

**PLEASE TAKE NOTICE** that on March 31, 2020, pursuant to Eastern District Local Rule 138(l), Defendants CITY OF VALLEJO, ANDREW BIDOU, AND JARRETT TONN ("Defendants") filed/lodged with the Court FIVE (5) videos identified as **Exhibit G, H, I, J, and K**, in support of its Motion for Summary Judgment or in the alternative. The videos could not be electronically filed because

{02186956.DOCX}                                                  1

they are non-graphical/textual computer files only available in DVD format.

**EXHIBIT G**

Officer Tonn Initial Stop Body Warn Camera

**EXHIBIT H**

Officer Tonn Body Warn Camera titled [Suspect_given_miranda_admonishment]

**EXHIBIT I**

Officer Tonn Body Warn Camera titled [Conversation_with_suspect 8]

**EXHIBIT J**

Officer Tonn Body Warn Camera titled [Conversation_and_citing_out_suspect 7]

**EXHIBIT K**

Robert Strong Cellphone video titled [Video-3[0]]

Dated: April 2, 2020

          PORTER SCOTT
          A PROFESSIONAL CORPORATION

          By  /s/ John R. Whitefleet
             John R. Whitefleet
             Attorneys for Defendants

***Strong v. City of Vallejo***
U.S.D.C. - Eastern District of California – 2:18-cv-01246-WBS-AC

## DECLARATION OF SERVICE

I am a resident of the United States and of the County, of Sacramento, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 350 University Avenue, Suite 200, Sacramento, California.

I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

That on the date below, I served the following: **DEFENDANTS' NOTICE OF LODGING IN SUPPORT OF DEFENDANTS CITY OF VALLEJO, ANDREW BIDOU, AND JARRETT TONNS' MOTION AND MOTION FOR SUMMARY JUDGMENT** on all parties in the said action as addressed below by causing a true copy thereof to be served:

__✓__ BY MAIL. I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U. S. mailbox in the City of Sacramento, California, after the close of the day's business.
☐ Certified Mail/Return Receipt Requested, Article #

_____ BY PERSONAL SERVICE. I caused such document(s) to be delivered by hand to the office of the person(s) listed below

_____ BY OVERNIGHT DELIVERY. I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below:

_____ BY FACSIMILE. I caused the above-listed document(s) to be transmitted by facsimile transmission from (916) 927-3706 to the facsimile number listed below. The transmission was reported as completed and without error. A copy of the transmission report is attached. The transmission report was properly issued by the transmitting facsimile machine.

Addressed as follows:

Stanley Goff
Law Office of Stanley Goff
15 Boardman Place Suite 2
San Francisco, CA 94103
**Attorneys for Plaintiff**

///

///

1  Senior U.S. District Judge William B. Shubb
   Robert I. Matsui United States Courthouse
2  501 I Street
   Courtroom 5, 14th Floor
3  Sacramento, CA 95814

4

5     I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California, on 4-2-20      .
6

7                                    _____
                                     Carol Olive
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{02186956.DOCX}                          4

NOTICE OF LODGING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT