STANLEY GOFF (Bar No. 289564)
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRONG;<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, JARRETT TONN, ANDREW BIDOU and DOE VALLEJO POLICE OFFICERS 1-25;<br><br>　　Defendants. | CASE NO.: 2:18-cv-01246-WBS-AC<br><br>**NOTICE OF LODGING IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: JUNE 1, 2020<br>TIME: 1:30 P.M.<br><br>HON. WILLIAM B. SHUBB |

　　PLEASE TAKE NOTICE that on March 31, 2020, pursuant to Eastern District Local Rule 138(I), Plaintiff Robert Strong, filed/lodged with the Court TWO (2) videos identified as Exhibit 2, 3 in support of his Motion for Partial Judgment. The videos could not be electronically filed because they are non-graphical/ textual computer files only available in DVD format and they have been provided in a thumb drive and this thumb drive has been mailed to the Court.

　　**Exhibit 2** Defendant Jarrett Tonn's body camera footage.
　　**Exhibit 3** Plaintiff Robert Strong's cell phone camera footage.

1

Dated: March 31, 2020

                                                  /s/ Stanley Goff

                                                  Attorney for Plaintiff