RANDY J. RISNER
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT

| | |
|---|---|
| ROBERT STRONG, | Case No.: 2:18-CV-01246-WBS-AC |
| Plaintiff, | **DECLARATION OF JOHN R. WHITEFLEET IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CITY OF VALLEJO, JARRETT TONN; ANDREW BIDOU, and DOE VALLEJO POLICE OFFICER, | |
| Defendants, | |

I, John R. Whitefleet, declare the following:

1.  I am an attorney at law licensed to practice in the United States District Court for the Northern District of California as well as all state courts of California and am a shareholder with the law firm of Porter Scott, attorneys of record for Defendants CITY OF VALLEJO, ANDREW BIDOU, and JARRETT TONN. The facts stated in this declaration are within my personal knowledge and if called to

testify, I could and would competently testify to them.

2. Attached as Exhibit A to the Index of Exhibits is a true and correct copy of excerpts of the deposition testimony of Robert Strong dated August 9, 2019.

3. Attached as Exhibit B to the Index of Exhibits is a true and correct copy of excerpts of the deposition testimony of Jarrett Tonn dated August 9, 2019.

4. Attached as Exhibit C to the Index of Exhibits is a true and correct copy of excerpts of the deposition testimony of Don Cameron dated January 30, 2020.

5. Attached as Exhibit D to the Index of Exhibits is a true and correct copy of excerpts of the deposition testimony of Roger Clark dated January 22, 2020.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

This declaration was executed on this 18 day of May, 2020, in Sacramento, California.

/s/ John R. Whitefleet
John R. Whitefleet
Attorney for Defendants CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN