STANLEY GOFF (Bar No. 289564)
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRONG;<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, JARRETT TONN, ANDREW BIDOU and DOE VALLEJO POLICE OFFICERS 1-25;<br><br>  Defendants. | CASE NO.: 2:18-cv-01246-WBS-AC<br><br>**DECLARATION OF ROBERT STRONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: June 1, 2020<br>TIME: 1:30 P.M.<br><br>HON. WILLIAM B. SHUBB |

I, Robert Strong, do hereby declare:

1. I am counsel of record for Plaintiff in the instant action. As such, I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently do so.

1

2. That I never testified in my deposition that the area where the incident took place was a high crime area.

3. That when Tonn initially seen me, I was walking to my car and was not inside of it initially.

4. That at the time that I was approached by Tonn while inside my car, that I was not operating my car. The car was not running and the engine was turned off.

5. That I never twisted my body from Tonn. I simply tried to avoid him seizing my phone without a warrant.

6. That upon being pulled out of my car by Tonn, I was placed in a carotid hold, which prevented from being able to breathe.

7. That I was not initiallyyo able to place my hands behind my back because I was placed in a choke hold by Tonn.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 18, 2020

                       /s/ Robert Strong