STANLEY GOFF (Bar No. 289564)
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRONG;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, JARRETT TONN, ANDREW BIDOU and DOE VALLEJO POLICE OFFICERS 1-25;<br><br>Defendants. | CASE NO.: 2:18-cv-01246-WBS-AC<br><br>**DECLARATION OF STANLEY GOFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: JUNE 1, 2020<br>TIME: 1:30 P.M.<br><br>HON. WILLIAM B. SHUBB |

I, Stanley Goff, declare as follows:

1. That I am the attorney for the plaintiff in the above titled action. As such, I am familiar with this litigation and make this declaration of my own personal knowledge, and if called upon, could testify competently thereto.

1

2. That on May 18, 2020 moving into May 19, 2020 between the hours of 11:30 p.m. and 12:13 a.m. I attempted to file Plaintiff's opposition to Defendants' Motion for Summary Judgment, Statement of Disputed Facts, Declaration of Robert Strong, Condense Deposition Transcripts of Robert Strong and a Rule 26 Report/ Declaration of expert witness Roger Clark.

3. That due to either my internet service being disrupted or an ECF system error that lasted for approximately 45 minutes, I was not able to file these documents Statement of Undisputed Facts until 12:13.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 19, 2020, in San Francisco California.

                                                /s/ Stanley Goff

                                                Stanley Goff