Stanley Goff, SBN 289564
**LAW OFFICE OF STANLEY GOFF**
15 Boardman Place
San Francisco, CA 94103
415-571-9570
Email: goffs@mail2world.com

Attorneys for Plaintiff ROBERT STRONG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT STRONG,<br><br>     Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO, JARRETT TONN; ANDREW BIDOU, and DOE VALLEJO POLICE OFFICER,<br><br>     Defendants. | Case No.: 2:18-CV-01246-WBS-AC<br><br>**STIPULATION FOR PARTIAL DISMISSAL RE ANDREW BIDOU** |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective designated counsel that the above-captioned action be and hereby is partially dismissed as follows:

1. Plaintiff's claims, and each and every one of them, against Defendant ANDREW BIDOU are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


Dated:  June 1, 2020            **LAW OFFICE OF STANLEY GOFF**


                                By      __/s/ *Stanley Goff*_____
                                        Stanley Goff
                                        Attorney for Plaintiff
                                        ROBERT STRONG

{02181569.DOCX}STIPULATION FOR PARTIAL DISMISSAL RE ANDREW BIDOU
-1-

Dated:  June 1, 2020

                                      PORTER SCOTT

                                      A PROFESSIONAL CORPORATION

                                      By <u>/s/ John R. Whitefleet (auth'd on 3.17.20)</u>
                                                John R. Whitefleet
                                                Attorney for Defendants CITY OF VALLEJO, JARRETT TONN, ANDREW BIDOU