UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT STRONG, | No. 2:18-cv-01246 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, JARRETT TONN, ANDREW BIDOU, and DOE VALLEJO POLICE OFFICERS 1-25, | |
| Defendants. | |

----oo0oo----

It is not clear from plaintiff's failure to address defendants' motion for summary judgment with regard to plaintiff's state law claims three through seven or plaintiff's Monell claim in the second cause of action what plaintiff's position is regarding those claims. Accordingly, within seven days from the date of this order counsel for plaintiff shall inform the court whether he concedes the merits of defendants' motion with regard to those claims or whether he just expects the

1

1  court to do the research itself.
2         IT IS SO ORDERED.
3  Dated:  June 4, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE