STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff Robert Strong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT STRONG;<br><br>    Plaintiffs,<br><br>v.<br><br><br>CITY OF VALLEJO, JARRETT TONN, ANDREW BIDOU and DOE VALLEJO POLICE OFFICERS 1-25;<br><br>    Defendants | CASE NO.: 2:18-cv-01246-WBS-AC<br><br><br>**PLAINTIFF'S RESPONSE TO COURT'S JUNE 4, 2020 ORDER** |
|---|---|

In response to the Court's June 4, 2020 order, Plaintiff *does not concede* the merits of defendants' motion for summary judgment with regard to the following state claims that were addressed in the Defendants motion:

- ***Intentional Infliction of Emotional Distress***
- ***Bane Act***

However, Plaintiff concedes the false imprisonment claim.

The state claims for negligence and battery were not addressed by the defendants in their motion.

If the Court so desires, Plaintiff's counsel has no problem providing a supplemental brief (legal research) to address defendants' motion with regard to these two state claims that were attacked by the defendants.

Dated: June 6, 2020

    /S/ STANLEY GOFF

Attorney for Plaintiff Robert Strong