UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ROBERT STRONG,

        Plaintiff,

   v.

CITY OF VALLEJO, JARRETT TONN, ANDREW BIDOU, and DOE VALLEJO POLICE OFFICERS 1-25,

        Defendants.

No. 2:18-cv-01246 WBS AC

ORDER

----oo0oo----

In response to the court's request for plaintiff to clarify his position regarding defendants' motion for summary judgment on plaintiff's state law and Monell claims (Docket No. 27), plaintiff responded that he conceded only one of the claims and could provide supplemental briefing on the remaining claims. (Docket No. 28.)  Accordingly, within 14 days from the date of this order, counsel for plaintiff shall file a brief which sets forth all arguments, and which cites to and thoroughly discusses all caselaw or other authority that may support those arguments,

1

in opposition to defendant's motion to dismiss each claim which plaintiff does not agree to voluntarily dismiss.  Defendant may have 7 days to reply to such brief.

        IT IS SO ORDERED.

Dated:  June 12, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE