**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

**P O R T E R  |  S C O T T**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT

| | |
|---|---|
| ROBERT STRONG, | Case No.: 2:18-CV-01246-WBS-AC |
| Plaintiff, | **STIPULATION TO MODIFY STATUS PRETRIAL SCHEDULING ORDER; ORDER** |
| vs. | |
| CITY OF VALLEJO, JARRETT TONN; ANDREW BIDOU, and DOE VALLEJO POLICE OFFICERS 1-25, | Complaint File: 05/15/2018 |
| Defendants. | |
| _____/ | |

Plaintiff ROBERT STRONG and Defendants CITY OF VALLEJO, JARRETT TONN, and ANDREW BIDOU by and through their respective counsel of record, hereby stipulate that the Status (Pretrial Scheduling) Order dated January 9, 2019, be modified to vacate the July 6, 2020 Final Pretrial Conference and the August 4, 2020 trial dates.

///

{02221143.DOCX}                                        1

STIPULATION TO MODIFY STATUS PRETRIAL SCHEDULING ORDER; ORDER

Good cause exists to vacate said dates due to the pending Motions for Summary Judgment and the difficulties presented by COVID-19.  Accordingly, the parties agree to vacate the pending Final Pretrial Conference and Trial dates.  The parties suggest a further Status Conference be scheduled in August to assess if a trial can be set at that time.

Respectfully submitted,

Dated:  June 15, 2020

LAW OFFICE OF STANLEY GOFF

By:   /s/ Stanley Goff (authorized on 06/12/2020
        Stanley Goff
        Attorney for Plaintiff ROBERT STRONG

Dated:  June 15, 2020

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/ John R. Whitefleet
        John R. Whitefleet
        Attorney for Defendants CITY OF VALLEJO,
        JARRETT TONN, ANDREW BIDOU

**ORDER**

Good cause appearing, it is so ordered.

_____
William B. Shubb
United State District Judge

{02221143.DOCX}                                    2

STIPULATION TO MODIFY STATUS PRETRIAL SCHEDULING ORDER; ORDER