**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT

| | |
|---|---|
| ROBERT STRONG, | Case No.: 2:18-CV-01246-WBS-AC |
| Plaintiff, | **STIPULATION TO MODIFY STATUS PRETRIAL SCHEDULING ORDER; ORDER** |
| vs. | |
| CITY OF VALLEJO, JARRETT TONN; ANDREW BIDOU, and DOE VALLEJO POLICE OFFICERS 1-25, | Complaint File: 05/15/2018 |
| Defendants. | |

Plaintiff ROBERT STRONG and Defendants CITY OF VALLEJO, JARRETT TONN, and ANDREW BIDOU by and through their respective counsel of record, hereby stipulate that the Status (Pretrial Scheduling) Order dated January 9, 2019, be modified to vacate the July 6, 2020 Final Pretrial Conference and the August 4, 2020 trial dates.

///

Good cause exists to vacate said dates due to the pending Motions for Summary Judgment and the difficulties presented by COVID-19.  Accordingly, the parties agree to vacate the pending Final Pretrial Conference and Trial dates.  The parties suggest a further Status Conference be scheduled in August to assess if a trial can be set at that time.

Respectfully submitted,

Dated:  June 15, 2020          LAW OFFICE OF STANLEY GOFF

By:  /s/ Stanley Goff (authorized on 06/12/2020
       Stanley Goff
       Attorney for Plaintiff ROBERT STRONG

Dated:  June 15, 2020          PORTER SCOTT
                               A PROFESSIONAL CORPORATION

By: /s/ John R. Whitefleet
       John R. Whitefleet
       Attorney for Defendants CITY OF VALLEJO,
       JARRETT TONN, ANDREW BIDOU

## ORDER

Good cause appearing, it is so ordered.  A Further Status Conference is set for **August 31, 2020 at 1:30 p.m.**  A joint status report re further proceedings and proposed pretrial deadlines and trial dates shall be filed no later than **August 17, 2020**.

Dated:  June 15, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE