**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT

| | |
|---|---|
| ROBERT STRONG, | Case No.: 2:18-CV-01246-WBS-AC |
| Plaintiff, | **UPDATED JOINT STATUS REPORT** |
| vs. | |
| CITY OF VALLEJO, JARRETT TONN; ANDREW BIDOU, and DOE VALLEJO POLICE OFFICERS 1-25, | Complaint File: 05/15/2018 |
| Defendants. | |

Plaintiff ROBERT STRONG and Defendants CITY OF VALLEJO, JARRETT TONN, and ANDREW BIDOU by and through their respective counsel of record, hereby submit the following Updated Joint Status Report.

The parties have commenced settlement discussions and continue discussions following the court's order on summary judgment.  Said discussions have been fruitful and the undersigned counsel

{02264116.DOCX}                                                         1

believe additional time is required to continue said fruitful discussions, which may obviate the need to set trial should the discussions come to a successful conclusion. Accordingly, the parties suggest continuing the status conference another 60 days to allow said discussions to continue.

Respectfully submitted,

Dated: August 18, 2020                              LAW OFFICE OF STANLEY GOFF

                                                    By:  /s/ Stanley Goff (authorized on 08/18/2020)
                                                         Stanley Goff
                                                         Attorney for Plaintiff ROBERT STRONG


Dated: August 18, 2020                              PORTER SCOTT
                                                    A PROFESSIONAL CORPORATION

                                                    By: /s/ John R. Whitefleet
                                                        John R. Whitefleet
                                                        Attorney for Defendants CITY OF VALLEJO,
                                                        JARRETT TONN, ANDREW BIDOU