Stanley Goff, SBN 289564
**LAW OFFICE OF STANLEY GOFF**
15 Boardman Place
San Francisco, CA 94103
415-571-9570
Email: goffs@mail2world.com

Attorneys for Plaintiff ROBERT STRONG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT STRONG, | Case No.: 2:18-CV-01246-WBS-AC |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| CITY OF VALLEJO, JARRETT TONN; ANDREW BIDOU, and DOE VALLEJO POLICE OFFICER, | |
| Defendants. | |

        IT IS HEREBY STIPULATED by and between the parties to this action through their respective designated counsel that Plaintiff's claims, and each and every one of them, against all Defendants are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


Dated:  10/15/2020          **LAW OFFICE OF STANLEY GOFF**


            By      /s/ Stanley Goff
                    Stanley Goff
                    Attorney for Plaintiff ROBERT STRONG

1  Dated:  10/15/2020            PORTER SCOTT
2                                A PROFESSIONAL CORPORATION

3                                By /s/ John R. Whitefleet (auth'd on 10.15.20)
                                     John R. Whitefleet
4                                    Attorney for Defendants CITY OF VALLEJO,
                                     JARRETT TONN, ANDREW BIDOU
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{02303643.DOCX}   **STIPULATION FOR DISMISSAL WITH PREJUDICE**
**-2-**